**Jay A. Kohler**
**Attorney at Law**
**482 Constitution Way, Suite 313**
**Idaho Falls, Idaho 83402-3537**
**Telephone: (208)-524-3272**
**Fax No.: (208)-524-3619**
**State Bar No. 1749**
**Attorney for Debtor**


### IN THE UNITED STATE BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO


| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 08-40445** |
| | ) | |
| **KASSIE ASHCRAFT,** | ) | **MOTION TO AVOID** |
| | ) | **LIEN ON EXEMPT** |
| | ) | **PROPERTY** |
| **Debtor.** | ) | |
| _____ | ) | |

Debtor moves this Court, pursuant to 11 USC §522(f), FRBP 4003 and 9014 and LBR

4003.2, for an Order avoiding the lien on an interest of the Debtor in residential property to the

extent such lien impairs an exemption to which the Debtor would have been entitled but for such

lien.

The following creditor claims a lien upon the below listed exempt property which is a

judicial lien. The property described below has been claimed exempt by the Debtor in Debtor's

bankruptcy schedules filed herein, and said exemption claimed does not exceed the value

limitations set by Idaho statute. Debtor is entitled to an avoidance of the lien, to the extent

provided hereinafter, on the exempt property described below, to-wit:

I. The subject exempt property is Debtor's residence and is located in Bingham County,

Idaho and is more particularly described as follows:

1- MOTION TO AVOID LIEN ON EXEMPT PROPERTY - ashcraft

Beginning at a point that is S 89 ° 54'48" E 705.00 feet along the 1/4 section line from the West 1/4 Corner of Section 36, township 1 North, Range 37 East of the Boise Baseline and Meridian and running thence S 89°54'48" E 175 feet along the 1/4 section line, thence North 1314.53 feet; thence N 89°59'22" W 175.00 feet; thence South 1314.30 feet to the point of beginning containing 5.28 acres.

Subject to a county road right of way along the southerly side of the above described parcel.

II.   The statute under which Debtor claims the homestead exemption on the subject property is Idaho Code §55-1003, 1008.

III.   The value of the subject residential property at the time of filing the Chapter 7 petition herein was approximately $94,000.00.

IV.   The residential property is secured by a first deed of trust given by Debtor to Citi Residential Lending in 2003, and by a second deed of trust given by Debtor to Citifinancial in 2005.  The unpaid principal balance owing thereon on the date of filing said bankruptcy was $104,386.53.

V.   The exemption amount claimed by Debtor is $100,000.00.

VI.   The judgment/judicial lien which Debtor seeks to fully avoid is particularly described as follows:

Judgments for the amounts stated below and any other amounts due.

1.   Debtor: Kassie Ashcraft
Creditor: Beneficial Idaho, Inc.
County: Bingham County, Idaho
Court: Seventh Judicial District for the State of Idaho
Case No.  CV-07-1026
Amount: $14,936.16
Recorded: May 25, 2007
Instrument No. 581167

2- MOTION TO AVOID LIEN ON EXEMPT PROPERTY - ashcraft

Attorney: Stephen J. Blaser
Registered Agent: CT Corporation System
1111 W. Jefferson, Ste. 530
Boise, ID 83702

If no objection is filed with the court within 20 days of the date of mailing this motion,

the court may grant the motion without further notice or hearing.

Dated: August 8, 2008.

/s/_____
Jay A. Kohler

3- MOTION TO AVOID LIEN ON EXEMPT PROPERTY - ashcraft

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on August 29, 2008, I served a true and correct copy of the

foregoing document as follows:

ustp.region18.bs.ecf@usdoj.gov          (   ) U.S. Mail, postage prepaid
(   ) Hand delivery
( x ) ECF Notice
(   ) Facsimile


Stephen J. Blaser                          ( x  ) U.S. Mail, postage prepaid
PO Box 1047                           (   ) Hand delivery
Blackfoot, ID 83221                (   ) ECF Notice
(   ) Facsimile


CT Corporation System             ( x ) U.S. Mail, postage prepaid
1111 W. Jefferson, Ste 530       (   ) Hand delivery
Boise, ID 83702                 (   ) ECF Notice
(   ) Facsimile


Kassie Ashcraft                       ( x ) U.S. Mail, postage prepaid
PO Box 13                            (   ) Hand delivery
Shelley, ID 83274               (   ) ECF Notice
(   ) Facsimile


/s/_____
Patricia Bartron