**JAY A. KOHLER**
**Attorney at Law**
**482 Constitution Way, Suite 313**
**Idaho Falls, Idaho 83402-3537**
**Telephone: (208)-524-3272**
**Fax No.: (208)-524-3619**
**State Bar No. 1749**
**Attorney for Debtor**

### IN THE UNITED STATE BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-40445 |
| | ) | |
| | ) | **NOTICE OF HEARING ON** |
| **KASSIE ASHCRAFT,** | ) | **MOTION TO AVOID LIEN** |
| | ) | **ON EXEMPT PROPERTY** |
| Debtor. | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE that Debtors' Motion To Avoid Lien On Exempt Property is scheduled for hearing on **Tuesday, October 7, 2008, at 9:30 a.m.** before the Honorable Jim Pappas at the U.S. Courthouse, 801 E. Sherman Ave., Pocatello, Idaho.

If no written objection is filed with the court within 20 days of the date of mailing of this notice, the court may grant the motion without further notice or hearing.

DATED: August 29, 2008.

/s/ _____
Jay A. Kohler
Attorney for Debtors

1- NOTICE OF HEARING ON MOTION TO AVOID LIENS ON EXEMPT PROPERTY - ashcraft

## CERTIFICATE OF MAILING

    I HEREBY CERTIFY that on **August 29, 2008**, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| ustp.region18.bs.ecf@usdoj.gov | (  ) U.S. Mail, postage prepaid<br>(  ) Hand delivery<br>( x ) ECF Notice<br>(  ) Facsimile |
| Sam Hopkins<br>ido7@ecfcbus.com | (  ) U.S. Mail, postage prepaid<br>(  ) Hand delivery<br>( x ) ECF Notice<br>(  ) Facsimile |
| Stephen J. Blaser<br>PO Box 1047<br>Blackfoot, ID 83221 | ( x ) U.S. Mail, postage prepaid<br>(  ) Hand delivery<br>(  ) ECF Notice<br>(  ) Facsimile |
| CT Corporation System<br>1111 W. Jefferson, Ste 530<br>Boise, ID 83702 | ( x ) U.S. Mail, postage prepaid<br>(  ) Hand delivery<br>(  ) ECF Notice<br>(  ) Facsimile |
| Kassie Ashcraft<br>PO Box 13<br>Shelley, ID 83274 | ( x ) U.S. Mail, postage prepaid<br>(  ) Hand delivery<br>(  ) ECF Notice<br>(  ) Facsimile |

/s/_____
Patricia Bartron

2- NOTICE OF HEARING ON MOTION TO AVOID LIENS ON EXEMPT PROPERTY - ashcraft