**CERTIFICATE OF MAILING**

       I HEREBY CERTIFY that on August 29, 2008, I served a true and correct copy of the foregoing document as follows:

| | |
|---|---|
| ustp.region18.bs.ecf@usdoj.gov | (  ) U.S. Mail, postage prepaid<br>(  ) Hand delivery<br>( x ) ECF Notice<br>(  ) Facsimile |
| Stephen J. Blaser<br>PO Box 1047<br>Blackfoot, ID 83221 | ( x ) U.S. Mail, postage prepaid<br>(  ) Hand delivery<br>(  ) ECF Notice<br>(  ) Facsimile |
| CT Corporation System - Registered Agent<br>1111 W. Jefferson, Ste 530<br>Boise, ID 83702 | ( x ) U.S. Mail, postage prepaid<br>(  ) Hand delivery<br>(  ) ECF Notice<br>(  ) Facsimile |
| Kassie Ashcraft<br>PO Box 13<br>Shelley, ID 83274 | ( x ) U.S. Mail, postage prepaid<br>(  ) Hand delivery<br>(  ) ECF Notice<br>(  ) Facsimile |

/s/_____
Patricia Bartron