**JAY A. KOHLER**
**Attorney at Law**
**482 Constitution Way, Suite 313**
**Idaho Falls, Idaho 83402-3537**
**Telephone: (208)-524-3272**
**Fax No.: (208)-524-3619**
**State Bar No. 1749**
**Attorney for Debtor**

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | Case No.   08-40445 |
| ) | |
| **KASSIE ASHCRAFT,** ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |
| **Debtor** ) | |

STATE OF IDAHO    )
                         ) ss.
County of Bonneville  )

      Patricia Bartron, being first sworn on oath, deposes and says:

      That she is the secretary for Jay A. Kohler, attorney of record in the above referenced case, and on September 8, 2008, she sent a copy of the Motion to Avoid Lien on Exempt Property and the Notice of Hearing on Motion to Avoid Lien on Exempt Property to Beneficial Idaho, Inc. c/o CT Corporation System - Registered Agent, 1111 W. Jefferson, Ste 530, Boise, ID 83702, and to Stephen J. Blaser, Attorney for Beneficial Idaho, Inc., PO Box 1047, Blackfoot, ID 83221.

      Dated: September 8, 2008.

                                          /s/_____
                                          Patricia Bartron

SUBSCRIBED AND SWORN to before me this 8th day of September, 2008.

    /s/_____
Notary Public
Commission expires:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of September, 2008, I served a true and correct copy of the foregoing document upon the following individuals by causing the same to be delivered by mail to the addresses indicated below.

Beneficial Idaho, Inc.
c/o CT Corporation System - Registered Agent
1111 W. Jefferson, Ste 530
Boise, ID 83702

Stephen J. Blaser
Attorney for Beneficial Idaho, Inc.
PO Box 1047
Blackfoot, ID 83221

    /s/_____
Patricia Bartron

2- CERTIFICATE OF SERVICE - ashcraft